LOUGHREY & WOELFEL, LLP
TAMARA LOUGHREY, Bar No. 227001
ROBERT WOELFEL, Bar No. 250343
CHRISTOPHER IDE-DON, Bar No. 239634
31 Panoramic Way, Suite 200
Walnut Creek, CA 94595
Telephone: (925) 935- 4600
Fax: (925) 935- 4602
Email: tamara@spedattorneys.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A.A.H. and J.R.H. and J.A.A.H. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually; E.F., a minor, by and through his parents M.Y.F. and A.F., and M.Y.F. and A.F. individually and E.R., a minor, by and through her parents D.R. and A.R, and D.R. and A.R. individually and J.M, a minor, by and through his parents E.M. and R.M and E.M. and R.M. individually.<br><br>     Plaintiffs, on behalf of themselves and all others similarly situated<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; SAN JOAQUIN COUNTY SPECIAL EDUCATION LOCAL PLAN AREA (SELPA), VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOL SELPA, MODESTO CITY SCHOOLS BOARD OF EDUCATION, TRACY UNIFIED SCHOOL DISTRICT (TUSD); TUSD BOARD OF EDUCATION; STANISLAUS COUNTY SELPA; STANISLAUS COUNTY OFFICE OF EDUCATION; STOCKTON UNIFIED SCHOOL DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT SELPA, | **CASE NO. 2:08-CV-00855-GEB-JFM**<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS TO DISMISS AND TO CONTINUE DATE OF PRE-TRIAL SCHEDULING CONFERENCE AND PROPOSED ORDER**<br><br>**CLASS ACTION**<br><br>Date:  **September 22 & 29, 2008**<br>Time:  **9:00 a.m.**<br>Dept.: **Courtroom 10**<br><br>Judge: **Garland E. Burrell, Jr.** |

1

| | |
|---|---|
| 1 | STOCKTON UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; |
| 2 | CALIFORNIA OFFICE OF ADMINSTRATIVE HEARINGS; |
| 3 | CALIFORNIA DEPARTMENT OF EDUCATION; CALIFORNIA |
| 4 | DEPARTMENT OF DEVELOPMENTAL SERVICES; RICHARD JACOBS, |
| 5 | Executive Director of VMRC, in his official and individual capacity; TARA |
| 6 | SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official |
| 7 | and individual capacity; LEO ZUBER, Superintendent for RUSD, in his official |
| 8 | capacity, CAMILLE TAYLOR, Director of Special Education for RUSD, in her |
| 9 | official capacity; ARTURO FLORES, Superintendent of Modesto City Schools, |
| 10 | in his official and personal capacity; DIANE SCOTT, Supervisor of Pre-K – 6 |
| 11 | Special Education, Modesto City Schools SELPA, in her official and individual |
| 12 | capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her |
| 13 | official and individual capacity; JAMES FRANCO, Superintendent of TUSD, in his |
| 14 | official and individual capacity; NANCY HOPPLE, Director of Special Education |
| 15 | for TUSD, in her official and individual capacity; DORIAN RICE, Director of San |
| 16 | Joaquin County Office of Education and SELPA, in his official and individual |
| 17 | capacity, SANDEE KLUDT, Assistant Superintendent of San Joaquin County |
| 18 | Office of Education and SELPA, in her official and individual capacity, |
| 19 | FREDERICK WENTWORTH, Superintendent of San Joaquin County |
| 20 | Office of Education, in his official and individual capacity, REGINA HEDIN, |
| 21 | Director of Stanislaus County SELPA, in her official and individual capacity; |
| 22 | BONNIE JONES-LEE, Special Education Director for Stanislaus County Office of |
| 23 | Education, in her official and individual capacity; TOM CHAGNON, |
| 24 | Superintendent of Stanislaus County Office of Education, in his official and individual |
| 25 | capacity; JACK MCLAUGHLIN, Superintendent of Stockton Unified School |
| 26 | District, in his official and individual capacity, Julie Penn, Director of Stockton |
| 27 | Unified School District Special Education Department and SELPA, in her official and |
| 28 | individual capacity, SHERIANNE LABA, |

2

*Z.F.  v. Ripon et al.*
**STIPULATION TO CONTINUE THE HEARING ON MOTIONS TO DISMISS AND THE PRE-TRIAL SCHEDULING CONFERENCE AND PROPOSED ORDER**

| | |
|---|---|
| Presiding Judge of Office of Administrative Hearings, Special Education Division, in her official capacity; JACK O'CONNELL, Superintendent of California Department of Education, in his official and individual capacity; TERRI DELGADILLO, Director of the Department of Developmental Services, in her official and individual capacity and Does 1 – 200.<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Due to Plaintiffs' lead counsel's son's serious medical emergency which includes a lengthy hospitalization and two surgeries, Ms. Loughrey is unavailable for the next 30 to 60 days.  Pursuant to Local Rules 78-230(g) and 6-144(a) the parties, through their counsel, agree and stipulate to continue the date of the hearing on the motions to dismiss **from September 22, 2008 at 9:00 a.m. to October 27, 2008 at 9:00 a.m.**  The parties agree and stipulate to continue the date of the Pre-Trial Scheduling Conference **from September 29, 2008 at 9:00 a.m. to December 1, 2008 at 9:00 a.m.**   The parties further agree and stipulate that the deadline for the opposition briefs and any reply briefs shall be continued and due in accordance with Local Rule 78-230(c)-(d). In addition, the parties will file the Joint Status Conference Statements 14 days before the Pre-Trial Scheduling Conference; the Meet and Confer, preparation of the Joint Status Report and Rule 26 Disclosures will occur based upon the new date set for the Scheduling Conference.  The parties respectfully request the Court's approval of this continuance.

                                            Respectfully Submitted,

Dated: August 21, 2008             Loughrey & Woelfel LLP


                                             /s/Tamara Loughrey
                                            Tamara Loughrey, Counsel for Plaintiffs

                                            /s/Jill Bowers
                                            Jill Bowers, Counsel for Office of Administrative
                                            Hearings and Sherianne Laba

3

*Z.F.  v. Ripon et al.*
**STIPULATION TO CONTINUE THE HEARING ON MOTIONS TO DISMISS AND THE PRE-TRIAL SCHEDULING CONFERENCE AND PROPOSED ORDER**

1
2
3

        /s/Michelle L. Cannon
Michelle L. Cannon, Counsel for Modesto City Schools, Modesto City Schools SELPA, Arturo Flores, Virginia Johnson and Diane Scott

4
5

        /s/Cassandra Hanley Carroll
Cassandra Hanley Carroll, Counsel for Valley Mountain Regional Center, Richard Jacobs and Tara Sisemore-Hester

6
7
8

        /s/John P. Kelley
John P. Kelley, Counsel for Stanislaus County Office of Education, Stanislaus County SELPA, Tom Chagnon, Regina Hedin and Bonnie Jones-Lee

9
10
11
12

        /s/Claudia Leed
Louis Anthony Leone, Claudia Leed, Counsel for Stockton Unified School District, Stockton Unified School District SELPA, Stockton Unified School District Board of Education, Jack McLaughlin and Julie Penn

13
14
15

        /s/Rodney Levin
Rodney Levin, Counsel for Tracy Unified School District, Tracy Unified School District Board of Education, James Franco and Nancy Hopple.

16
17
18

        /s/Jeffrey R. Olson
Jeffrey R. Olson, Counsel for Ripon Unified School District, San Joaquin County Office of Education, Leo Zuber, Camille Taylor, Dorian Rice, Sandee Kludt and Frederick Wentworth.

19
20

        /s/Gregory J. Rousseve
Gregory J Rousseve, Counsel for California Department of Education and Jack O'Connell

21
22

        /s/Susan Slager
Susan Elizabeth Slager, Counsel for Department of Developmental Services and Terri Delgadillo

23

24 ///

25

26 ///

27

28

4

*Z.F.  v. Ripon et al.*
**STIPULATION TO CONTINUE THE HEARING ON MOTIONS TO DISMISS AND THE PRE-TRIAL SCHEDULING CONFERENCE AND PROPOSED ORDER**

## ORDER

The September 22, 2008 hearing on Defendants' motions to dismiss is re-scheduled for **October 27, 2008, at 9:00 a.m.**  Further, the September 29, 2008, Pre-trial Scheduling Conference is re-scheduled for **January 20, 2008 at 9:00 a.m.;**  a Joint Status Conference Statement shall be filed 14 days before the Pre-trial Scheduling Conference.

DATED: August 22, 2008

GARLAND E. BURRELL, JR.
United States District Judge

*Z.F.  v. Ripon et al.*
**STIPULATION TO CONTINUE THE HEARING ON MOTIONS TO DISMISS AND THE PRE-TRIAL SCHEDULING CONFERENCE AND PROPOSED ORDER**