```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


Z.F, a minor, by and through his   )
parents M.A.F and J.F. and         )    2:08-cv-00855-GEB-JFM
M.A.F. and J.F. individually;      )
L.H., and J.H., minors, by and     )
through their parents J.A.A.H.     )    RELATED CASE ORDER
and J.R.H. and J.A.A.H. and        )
J.R.H. individually; A.N., a       )
minor, by and through his          )
parents, G.N. and M.R., and G.N.   )
and M.R. individually; E.F., a     )
minor, by and through his          )
parents M.Y.F. and A.F., and       )
M.Y.F and A.F. individually and    )
E.R., minor, by and through her    )
parents D.R. A.R, and D.R. and     )
A.R. individually and J.M, a       )
minor, by and through his          )
parents E.M. and R.M and E.M.      )
and R.M. individually,             )
                                   )
            Plaintiffs,             )
                                   )
        v.                         )
                                   )
RIPON UNIFIED SCHOOL DISTRICT      )
(RUSD); RIPON UNIFIED SCHOOL       )
DISTRICT BOARD OF TRUSTEES;        )
SAN JOAQUIN COUNTY OFFICE OF       )
EDUCATION; SAN JOAQUIN COUNTY      )
SPECIAL EDUCATION LOCAL PLAN       )
AREA (SELPA), VALLEY MOUNTAIN      )
REGIONAL CENTER (VMRC),            )
MODESTO CITY SCHOOLS,              )
MODESTO CITY SCHOOL SELPA,         )
MODESTO CITY SCHOOLS BOARD         )
OF EDUCATION, TRACY UNIFIED        )
SCHOOL DISTRICT (TUSD); TUSD       )
BOARD OF EDUCATION;                )
STANISLAUS COUNTY SELPA;           )
STANISLAUS COUNTY OFFICE OF        )
EDUCATION; STOCKTON UNIFIED        )
SCHOOL DISTRICT; STOCKTON          )
UNIFIED SCHOOL DISTRICT            )
SELPA,STOCKTON UNIFIED SCHOOL      )
```

| | |
|---|---|
| 1 | DISTRICT BOARD OF EDUCATION; ) |
| 2 | CALIFORNIA OFFICE OF ) ADMINSTRATIVE HEARINGS; ) |
| 3 | CALIFORNIA DEPARTMENT OF ) EDUCATION; CALIFORNIA ) |
| 4 | DEPARTMENT OF DEVELOPMENTAL ) SERVICES; RICHARD JACOBS, ) |
| 5 | Executive Director of VMRC, in ) his official and individual ) |
| 6 | capacity; TARA SISEMORE-HESTER, ) Coordinator for Autism Services ) |
| 7 | for VMRC, in her official and ) individual capacity; LEO ZUBER, ) |
| 8 | Superintendent for RUSD, in his ) official capacity, CAMILLE ) |
| 9 | TAYLOR, Director of Special ) Education for RUSD, in her ) |
| 10 | official capacity; ARTURO ) FLORES, Superintendent of ) |
| 11 | Modesto City Schools, in his ) official and personal capacity; ) |
| 12 | DIANE SCOTT, Supervisor of Pre-K ) – 6 Special Education, Modesto ) |
| 13 | City Schools SELPA, in her ) official and individual ) |
| 14 | capacity; VIRGINIA JOHNSON, ) Director of Modesto City Schools ) |
| 15 | SELPA, in her official and ) individual capacity; JAMES ) |
| 16 | FRANCO, Superintendent of TUSD, ) in his official and individual ) |
| 17 | capacity; NANCY HOPPLE, Director ) of Special Education for TUSD, ) |
| 18 | in her official and individual ) capacity; DORIAN RICE, Director ) |
| 19 | of San Joaquin County Office of ) Education and SELPA, in his ) |
| 20 | official and individual ) capacity, SANDEE KLUDT, ) |
| 21 | Assistant Superintendent of San ) Joaquin County Office of ) |
| 22 | Education and SELPA, in her ) official and individual ) |
| 23 | capacity, FREDERICK WENTWORTH, ) Superintendent of San Joaquin ) |
| 24 | County Office of Education, in ) his official and individual ) |
| 25 | capacity, REGINA HEDIN, ) Director of Stanislaus County ) |
| 26 | SELPA, in her official and ) individual capacity; BONNIE ) |
| 27 | JONES-LEE, Special Education ) Director for Stanislaus County ) |
| 28 | Office of Education, in her ) official and individual ) |

| | |
|---|---|
| capacity; TOM CHAGNON, Superintendent of Stanislaus County Office of Education, in his official and individual capacity; JACK MCLAUGHLIN, Superintendent of Stockton Unified School District, in his official and individual capacity, Julie Penn, Director of Stockton Unified School District Special Education Department and SELPA, in her official and individual capacity, SHERIANNE LABA, Presiding Judge of Office of Administrative Hearings, Special Education Division, in her official capacity; JACK O'CONNELL, Superintendent of California Department of Education, in his official and individual capacity; TERRI DELGADILLO, Director of the Department of Developmental Services, in her official and individual capacity and Does 1 – 200,<br><br>             Defendants.<br>_____<br><br>Z.F., a minor by and through his parents M.A.F. and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents G.N. and M.R. and G.N. and M.R. individually,<br><br>             Plaintiffs,<br><br>     v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN VALLEY COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC); MODESTO CITY SCHOOLS; MODESTO CITY SCHOOLS BOARD OF EDUCATION; RICHARD JACOBS, Executive | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>2:10-CV-00523-FCD-EFB |

3

```
Director of VMRC, in his              )
official and individual               )
capacity; TARA SISEMORE-HESTER,       )
Coordinator for Autism Services       )
for VMRC, in her official and         )
individual capacity; VIRGINIA         )
JOHNSON, Director of Modesto          )
City Schools SELPA, in her            )
official and individual               )
capacity; SUE SWARTZLANDER,           )
Program Director for Modesto          )
City Schools, in her official         )
and individual capacity and DOES      )
1-200,                                )
                                      )
              Defendants.             )
_____ )
```

Defendants Valley Mountain Regional Center, Richard Jacobs and Tara Sisemore-Hester ("Defendants") filed a Notice of Pendency of Other Action under L.R. 123 on July 13, 2010, stating "this action is related to another action on file with this Court: Z.F. v. Ripon Unified School District *et al*, Case No. 2:08-cv-00855-GEB-JFM." (Docket No. 85, 2:2-3.) Defendants contend action 2:10-CV-00523-FCD-EFB is related to the above-action already assigned to the undersigned judge within the meaning of L.R. 123, because "the Instant Action and the Related Action are related insofar as they involve the same parties and appear to involve the same events, underlying facts, and questions of law." Specifically, Defendants argue:

> As in the Related Action, Plaintiffs allege that they were unlawfully denied intensive behavior treatment for Autism Spectrum Disorder at local government agencies contracted by the Department of Education due to the eligibility criteria and referral process set forth in the EIBT Document. Moreover, the complaint in the Instant Action specifically references the Related Action and addresses the exhaustion of administrative remedies issue which caused the dismissal of the Related Action.

(Id., 3:12-17.) Defendants further contend, "[t]he parties to the Instant Action were all parties to the Related Action as well, with the exception of Defendant Sue Swartzlander." (Id., 3:2-4.)

In light of the notice of related cases filing, action 2:10-CV-00523-FCD-EFB is reassigned to the undersigned judge and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the initials "GEB-JFM" next to the action number. The Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment and shall issue Judge Garland E. Burrell, Jr.'s Order Setting Status (Pretrial Scheduling) Conference in 2:10-CV-00523-GEB-JFM setting a status conference.

Dated:  July 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge